■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH T. REISING, Appellant. — Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Suffolk County (McInerney, J.), imposed November 28, 1983, upon his plea of guilty to criminal sale of a controlled substance in the second degree, the sentence being four years to life imprisonment.

Sentence affirmed.

Whether a continuance should be granted rests in the discretion of the Trial Judge (e.g., *People v Cable,* 63 NY2d 270) and on this record, we cannot say that it was an improvident exercise of discretion to refuse to adjourn sentencing for two weeks (see *People v Sprow,* 104 AD2d 1056; *People v Matta,* 103 AD2d 756). The sentence imposed was in accordance with the bargained plea and appellate modification is not warranted (cf. *People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80). Titone, J. P., Weinstein, Rubin and Boyers, JJ., concur.